**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6463

JOSEPH J. SCHEPIS, JR.,

Petitioner - Appellant,

versus

MATTHEW B. HAMIDULLAH, Warden,

Respondent - Appellee.

Appeal from the United States District Court of South Carolina, at Rock Hill. Joseph F. Anderson, Jr., Chief District Judge. (CA-04-21977-0-17BD)

Submitted: June 23, 2005          Decided: July 1, 2005

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph J. Schepis, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph J. Schepis, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Schepis v. Hamidullah, No. CA-04-21977-0-17BD (D.S.C. filed Jan. 13 & entered Jan. 18, 2005). We deny Schepis' motion for a certificate of appealability as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED